*William T. Plumb* for motion.

*William L. Clay* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.

---

CHARLES H. SCHUM et al., Appellants, *v.* FLORENCE L. BURCHARD, Respondent.

(Submitted May 4, 1925; decided May 12, 1925.)

Motion for re-argument denied, with ten dollars costs and necessary printing disbursements. (See 240 N. Y. 577.)

---

FREDERICK W. HANSON, Respondent, *v.* McGRAW-HILL Co., INC., Appellant.

*Appeal — motion to dismiss denied.*

Reported below, 213 App. Div. 873.

(Submitted May 4, 1925; decided May 12, 1925.)

MOTION to dismiss an appeal from a judgment entered April 9, 1925, upon an order of the Appellate Division of the Supreme Court in the second judicial department, which unanimously reversed an order of the court at a Trial Term setting aside a verdict in favor of plaintiff entered upon a verdict and directing a dismissal of the complaint and reinstated said verdict.

The motion was made upon the grounds that no question was involved which was reviewable by the Court of Appeals and that the appeal was frivolous.

*Frederick A. Behrens* for motion.

*Robert H. Charlton* opposed.

Motion denied, with ten dollars costs.

---

FIRST RUSSIAN INSURANCE COMPANY et al., Respondents, *v.* JAMES A. BEHA, as Superintendent of Insurance of the State of New York, Appellant.

(Submitted May 4, 1925; decided May 12, 1925.)

Motion for re-argument denied, with ten dollars costs and necessary printing disbursements. (See 240 N. Y. 601.)